UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- x
In re                                        :
                                             :   Chapter 7
**CIL LIMITED,**                             :
                                             :   Case No. 13-11272
                      Debtor.                :
---------------------------------------------------- x

## DECLARATION OF HOWARD W. SCHUB

Howard W. Schub, an attorney duly admitted to the practice of law, declares under the penalty of perjury, that the following is true to the best of my knowledge:

1. I am a member of the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel to Cyrus Opportunities Master Fund II, Ltd., Cyrus Select Opportunities Master Fund Ltd. and Cyrus Europe Master Fund Ltd. (the "Petitioning Creditors") in the above-captioned action. I submit this Declaration to provide the Court with various exhibits referenced in the Petitioning Creditors' motion seeking expedited determination of the involuntary petition filed against the above-captioned alleged debtor, CIL Limited (the "<u>Debtor</u>") or, in the alternative, for appointment of an interim trustee over the assets of the Debtor pursuant to 11 U.S.C. § 303(g) pending a further hearing on the Involuntary Petition.

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of CEVA Group plc Report to Bondholders, dated April 4, 2013.

3. Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of Gareth Turner's biography page and office address printout from Apollo Global Management LLC's website (http://www.agm.com/OurTeam/PrivateEquity/GarethTurner.aspx and http://www.agm.com/ContactUs.aspx).

4. Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of CEVA in the U.S.

printout from CEVA Logistics' website (http://www.cevalogistics.com/en-US/whereweoperate/Pages/US.aspx)

5.  Attached hereto as **Exhibit D** is a true and correct copy of a press release titled "CEVA announces completion of Merger with EGL" posted on CEVA Logistics' website (http://www.br.cevalogistics.com/Imprensa/Press-releases/Arquivo/CEVA-announces-completion-of-merger-with-EGL).

6.  Attached hereto as **Exhibit E** is a true and correct copy of Debt Instrument Agreement, dated as of February 15, 2007, as amended and restated on June 2, 2008, among CEVA Investments Ltd. (formerly Louis Topco Limited), the Holders of Debt Instruments, and Credit Suisse as Administrative Agent.

7.  Attached hereto as **Exhibit F** is a true and correct copy of Amendment No. 1 to Form F-1 Registration Statement for Ceva Investment Limited (n/k/a CIL Limited), filed with the United States Securities and Exchange Commission on August 29, 2012.

8.  Attached hereto as **Exhibit G** is a true and correct copy of U.S. SEC Request for Withdrawal of Registration Statement on Form F-1, filed with United States Securities and Exchange Commission on April 2, 2013.

9.  Attached hereto as **Exhibit H** is a true and correct copy of David M. Friedman's April 22, 2013 letter to Daniel H. Golden and Paul J. Ricotta regarding CIL Limited, Involuntary Chapter 7 Petition.

10. Attached hereto as **Exhibit I** is a true and correct copy of Paul J. Ricotta's April 22, 2013 email to Howard W. Schub.

Dated: New York, New York
April 23, 2013

_____
Howard W. Schub