# EXHIBIT G

RW 1 d513666drw.htm RW

April 2, 2013

**VIA EDGAR**
Securities and Exchange Commission
Division of Corporation Finance
100 F Street, N.E.
Washington, D.C. 20549
Attention: Filing Desk

    Re:  CEVA Investments Limited
           Request for Withdrawal of Registration Statement on Form F-1
           Filed May 4, 2012, as amended August 29, 2012 (Registration No. 333-181184)

Ladies and Gentlemen:

    Pursuant to Rule 477 promulgated under the Securities Act of 1933, as amended (the "Securities Act"), CEVA Investments Limited ( the "Registrant") hereby respectfully requests that the Securities and Exchange Commission (the "Commission") consent to the withdrawal of its Registration Statement on Form F-1 (Registration No. 333-181184), together with all exhibits and amendments thereto (the "Registration Statement"). The Registrant is requesting such withdrawal as a result of unfavorable financial performance that would adversely affect the offering of the shares of ordinary stock, par value $0.01 per share, covered by the Registration Statement. The Registration Statement has not been declared effective by the Commission, and the Registrant hereby confirms that no securities have been sold or will be sold under the Registration Statement.

    Please address any questions you may have to Paul J. Ricotta, Esq. at Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, telephone number (617) 542-6000, facsimile number (617) 542-2241.

    Thank you for your assistance with this matter.

                                        CEVA INVESTMENTS LIMITED

                                        By: /s/ Mark Beith
                                              Mark Beith
                                              Director

                                        By: /s/ Gareth Turner
                                              Gareth Turner
                                              Director

cc: *Securities and Exchange Commissioner*
Justin Dobbie

*Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.*
Paul J. Ricotta, Esq.

*Wachtell, Lipton, Rosen & Katz*
Andrew J. Nussbaum, Esq.

*Fried, Frank, Harris, Shriver & Jacobson LLP*
Daniel J. Bursky, Esq.

*Akin Gump Strauss Hauer & Feld LLP*
Daniel Golden, Esq.