# EXHIBIT I

```
----- Original Message -----
From: Ricotta, Paul [mailto:PRicotta@mintz.com]
Sent: Monday, April 22, 2013 09:40 PM
To: Howard W. Schub
Cc: Ricotta, Paul <PRicotta@mintz.com>; Walsh, Kevin <KJWalsh@mintz.com>; Jeffrey R. Gleit;
David M. Friedman
Subject: Re: CIL Limited
```

We will not accept service.  Among other infirmities, the bankruptcy court has no jurisdiction over the putative debtor. All rights and defenses are reserved.

Paul Ricotta

On Apr 22, 2013, at 7:39 PM, "Howard W. Schub" <HSchub@kasowitz.com<mailto:HSchub@kasowitz.com>> wrote:

Paul/Kevin,

I tried to call but got your voicemails.  I was calling to introduce myself and also ask whether you will accept service of the summons in connection with the involuntary petition filed by the Cyrus entities this afternoon.  Please let me know.  Of course, I'm available if you have any other questions or comments.  My direct dial is 212-506-1729.  If I'm not available, you can also reach Jeff at 506-1791 or David Friedman at 506-1740.  Thank you.

Howard

Howard W. Schub
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1729
Fax (212) 835-5029
HSchub@kasowitz.com<mailto:HSchub@kasowitz.com>

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.


STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at DirectorofIT@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.